UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR ENCARNACION DE JESUS, individually and on behalf of others similarly situated,<br><br>         Plaintiff,<br><br>     - against -<br><br>J MART GROUP INC. (d/b/a J Mart), QIN ZHOU CHEN, ZIN ZHOU CHEN and LIAN NU SHAO<br><br>         Defendants. | Case No.: 17-CV-01368<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Defendant J MART GROUP INC., by its attorneys, Hang & Associates, PLLC, hereby states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: April 24, 2017        HANG & ASSOCIATES, PLLC.

                    */s/ Keli Liu*
                    Keli Liu
                    136-18 39th Ave., Suite 1003
                    Flushing, New York 11354
                    Tel: 718.353.8588
                    kliu@hanglaw.com
                    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney duly licensed to practice before this Court, certifies that by filing the Defendant's Rule 7.1 Disclosure Statement through this Court's electronic filing system, he caused the documents to be served upon the following:

Michael Faillace

Michael Faillace & Associates, P.C.

60 East 42nd Street

Suite 2540

New York, NY 10165

212-317-1200

*Attorneys for Plaintiff*

I certify under penalty of perjury that the foregoing is true and correct.

Dated : April 24, 2017                                HANG & ASSOCIATES, PLLC


By: /s/ Keli Liu

Keli Liu, Esq.
136-18 39th Ave. Suite 1003
Flushing, New York 11354
(718) 353-8588
kliu@hanglaw.com
*Attorneys for Defendants*